

1  BENJAMIN B. WAGNER
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2709
   Facsimile:  (916) 448-2900
5
   Attorneys for Plaintiff
6  UNITED STATES OF AMERICA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | S.W. NO. 2:11-SW-348 EFB |
| 2000 GREEN HONDA CIVIC, LICENSE PLATE NUMBER 5PNR993 WITH VEHICLE IDENTIFICATION NUMBER 1HGEM115XYL100936 REGISTERED TO SARAVY YEM OR LINCA BUTH AT 3033 DUSTY COURT, STOCKTON, CA 95209 | ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, complaint, and arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: August 16, 2011

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE